**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6833

HERCULES PIERRE,

Plaintiff - Appellant,

versus

FEDERAL CORRECTIONAL INSTITUTE, ESTILL; GARY
FORD, Employee; G. MARCK; STEVEN J. GAL,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-03-308-3-10BC)

Submitted:  September 22, 2004      Decided:  October 12, 2004

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hercules Pierre, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hercules Pierre appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his <u>Bivens</u>[*] complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Pierre v. Federal Correctional Inst.</u>, No. CA-03-308-3-10BC (D.S.C. Mar. 31, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971)